AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Cynthia Catherine Ballenger<br><br>*Defendant* | )<br>) Case: 1:21-mj-00550<br>) Assigned To : Faruqui, Zia M.<br>) Assign. Date : 7/30/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Cynthia Catherine Ballenger,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Restricted Building or Grounds;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry or Disorderly Conduct.

Date: 07/30/2021

*Issuing officer's signature*

City and state:  Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 08/09/2021, and the person was arrested on *(date)* 8/9/2021
at *(city and state)* Baltimore, MD.

Date: 8/9/2021

*Arresting officer's signature*

SA Jeffrey Belcher, FBI
*Printed name and title*